# Memorandum

*United States Attorney's Office*
*Eastern District of California*



| | | | |
|---|---|---|---|
| *Subject:* | **United States v. Aguila, et al.**<br>**Case No. 2:16-CR-1 TLN** | *Date:* | **January 5, 2016** |
| *To:* | **Michele Krueger, Courtroom Deputy to Hon. Troy L. Nunley, United States District Judge** | *From:* | **Matthew M. Yelovich**<br>**U.S. Attorney's Office**<br>**Eastern District of California** |
| *CC:* | **Matthew Scoble, Esq.**<br>**Counsel for Zalathiel Aguila**<br><br>**Dwight Samuel, Esq.**<br>**Counsel for Omar Anabo** | | |

    Please place the above-captioned matter on the calendar for Judge Nunley on January 14, 2016, at 9:30 a.m., for change of plea for defendants Zalathiel Aguila and Omar Anabo. All parties will be appearing.