| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR 2:16cr1 |
| Plaintiff, | |
| V. | Schedule for Disclosure of Pre-Sentence Report and for Filing of Objections to the Pre-Sentence Report |
| OMAR ANABO | |
| Defendant. | |

COUNSEL AND PROBATION SHALL COMPLY WITH THIS SCHEDULE UNLESS THE DATES ARE AMENDED.

Date of Referral to Probation Officer:         1/15/16
                                               (Date of Plea or Verdict)

Judgment and Sentencing Date:                  4/1/16
                                               (At least 11 weeks after plea)

Reply or Statement of No Opposition:           3/25/16
                                               (1 week before sentencing)

Motion for Correction of the Pre-Sentence Report
Shall be Filed with the Court and Served on the       3/18/16
Probation Officer and Opposing Counsel no             (2 weeks before sentencing)
Later Than:

The Pre-Sentence Report Shall be Filed with the       3/11/16
Court and Disclosed to Counsel no Later Than:         (3 weeks before sentencing)

Counsel's Written Objections to the Pre-Sentence      3/4/16
Report Shall be Delivered to the Probation            (4 weeks before sentencing)
Officer and Opposing Counsel no Later Than:

The Proposed Pre-Sentence Report Shall be             2/19/16
Disclosed to Counsel no Later Than:                   (6 weeks before sentencing)

COPIES OF THIS SCHEDULE SENT VIA CM/ECF TO:

(x)   AUSA
(x)   Defense Counsel
(x)   USPO

Dated:   1/15/16                           By: /s/ Shani Furstenau
                                               Shani Furstenau